1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 21-CR-2447-GPC |
|---|---|---|
| Plaintiff, | ) ) | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| v. | ) ) ) | |
| MARTIN NAVARRO (1), EDGAR MONTIJO-CEJA (2), aka Edgar Montijo-Cejo | ) ) ) | |
| | ) | The Honorable Gonzalo P. Curiel |
| Defendant. | ) | |

The United States of America's Motion to Dismiss the Complaint (ECF No. 17), without prejudice, is GRANTED. The Court dismisses the Information without prejudice.

**IT IS SO ORDERED.**

Dated: December 16, 2021

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge